UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:10-cr-00062-3

**United States of America,**

v.

**Matthew Allen Thomas.**

### ORDER

The court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing and issued a report and recommendation that the defendant's term of supervised release be revoked. Doc. 441. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 443.

Finding no clear error in the report, the court **accepts** its findings and recommendation. Doc. 441. The defendant, Matthew Allen Thomas, is **sentenced** to a period of 8 months of imprisonment followed by 1 year of supervised release, with a special condition of 6 months to be served in a halfway house. The court further recommends that defendant serve his sentence at FCI Texarkana or, alternatively, FCI La Tuna, if available.

*So ordered by the court on November 18, 2020.*

J. CAMPBELL BARKER
United States District Judge